UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Kamisha Glover, et al.

                                Plaintiff,

v.                                                Case No.: 1:19−cv−03679
                                                              Honorable Matthew F. Kennelly

Equifax Information Services, LLC, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 17, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant Department Stores National Bank's unopposed motion for extension of time [7] is granted; response to complaint is to be filed by 8/12/2019. However, the initial status hearing remains set for 7/31/2019 as previously ordered, and counsel are directed to be fully prepared to conduct the status hearing at that time. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.